UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Di'Jon Q. Stocker,

Plaintiff

v.

Las Vegas Metropolitan Police Department, et al.,

Defendants

Case No. 2:26-cv-0492-CDS-EJY

**Order Accepting the Magistrate Judge's Report and Recommendation**

[ECF No. 4]

Plaintiff Di'Jon Stocker, appearing pro se, brings this lawsuit against the Las Vegas Metropolitan Police Department, Robert Dante, and the City of Las Vegas, alleging that the defendants violated his rights under the Fifth and Fourteenth Amendments by denying him a fair trial and preventing him from introducing evidence at trial. Compl., ECF No. 1-1. Upon screening, U.S. Magistrate Judge Elayna J. Youchah issued a report and recommendation (R&R) to dismiss Stocker's complaint without prejudice, but without leave to amend, because all of Stocker's claims are barred by *Heck v. Humphrey*, 512 U.S. 477 (1994). ECF No. 4.

Under Local Rule IB 3-2(a) and 28 U.S.C. § 636(b)(1)(C), Stocker had fourteen days—until June 22, 2026—to file any specific, written objections to the magistrate judge's R&R. *Id.* at 4. However, Stocker neither objected nor requested more time to do so. Although de novo review is not required,[1] I nonetheless made an independent review here and agree that Stocker's complaint must be dismissed without leave to amend. In *Heck*, the Supreme Court held that a plaintiff convicted of a crime may not bring a civil rights claim if a judgment in his favor would necessarily imply the invalidity of his conviction or sentence. *Heck*, 512 U.S. at 487. Here,

[1] "No review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Stocker's claims challenging the fairness of his trial are not cognizable under § 1983 because they necessarily implicate the validity of his state-court conviction. Indeed, a judgment in Stocker's favor would necessarily imply the invalidity of his conviction or sentence, and Stocker does not allege that his conviction or sentence has been invalidated. *Id.* Accordingly, I adopt the magistrate judge's findings and accept the R&R in full.

**Conclusion**

It is ordered that the magistrate judge's report and recommendation **[ECF No. 4] is accepted and adopted in its entirety.** This action is dismissed without prejudice but without leave to amend.

The Clerk of Court is kindly directed to enter judgment accordingly and close this case.

Dated: September 10, 2026

Cristina D. Silva
United States District Judge